IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| v. | § § § § | 1:21-cr-26-HSO-RHWR-1 |
| ANTHONY JAMES MCLEOD | § | |

## ORDER DENYING DEFENDANT ANTHONY JAMES MCLEOD'S MOTION [132] TO WITHDRAW GUILTY PLEA

This matter came before the Court for hearing on the Motion [132] to Withdraw Plea of Guilty filed by Defendant Anthony James McLeod. After conducting a hearing on April 25, 2022, the Court carefully considered the arguments of counsel and relevant legal authority. For the reasons more fully stated on the record at the conclusion of the hearing, the Court finds that Defendant's Motion should be denied.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that, Defendant's Motion [132] to Withdraw Plea of Guilty is **DENIED.**

**SO ORDERED AND ADJUDGED**, this the 25th day of April, 2022.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE